IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YELLOW BOOK SALES AND DISTRIBUTION COMPANY, INC. : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> JOSEPH WHITE and STEVEN KOHNER d/b/a/ : <br> or a/k/a/ HAPPE LIMITED PARTNERSHIP, : <br> PCE ELECTRIC INC., : <br> PERFECT CONNECTION ELECTRIC INC., : <br> PERFECT HOME IMPROVEMENTS, : <br> ELECTRICIAN 24/7, ELECTRIC PROBLEMS?, : <br> NO GIMMICK PRICING, 24 HR. SAME DAY : <br> SERVICE, CA ELECTRIC, DOMINIC'S : <br> CONCRETE, THE CONCRETE SPECIALIST, : <br> A.F.D.R. INVESTMENTS, ASSET USA, : <br> ELECTRICIAN, INC., LAS VEGAS : <br> ELECTRIC, JOHNNY THE PLUMBER, : <br> JONNY THE PLUMBER, : <br> NATIONWIDE HOME SOLUTIONS, INC., : <br> FUNCO LP and S. KOHNER ELECTRIC : <br> : <br> Defendants. : <br> : | CIVIL ACTION <br><br> No. 10-3062 |

## ORDER

**AND NOW**, this   10th   day of March, 2011, upon consideration of Plaintiff Yellow Book Sales and Distribution Company, Inc.'s Motion to Strike Answer and New Matter of Defendant Joseph White (Doc. No. 14), and the Response in Opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED**.  It is further **ORDERED** that:

1. Plaintiff Yellow Book Company, Inc's request to Strike Defendant Joseph White's Answer in its entirety is **GRANTED**;

2. Plaintiff Yellow Book Company, Inc.'s request to Strike Defendant Joseph

White's "New Matter" in its entirety is **GRANTED**;

3. Defendant Joseph White's request to dismiss Plaintiff's Motion to Strike is **DENIED**;

4. Defendant Joseph White's request to vacate the default filed by Plaintiff is **DENIED**;

5. Defendant Joseph White's request for twenty additional days to file an Amended Answer to Plaintiff's Complaint is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE