IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YELLOW BOOK SALES AND DISTRIBUTION COMPANY, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOSEPH WHITE and STEVEN KOHNER d/b/a/ or a/k/a/ HAPPE LIMITED PARTNERSHIP, PCE ELECTRIC INC., PERFECT CONNECTION ELECTRIC INC., PERFECT HOME IMPROVEMENTS, ELECTRICIAN 24/7, ELECTRIC PROBLEMS?, NO GIMMICK PRICING, 24 HR. SAME DAY SERVICE, CA ELECTRIC, DOMINIC'S CONCRETE, THE CONCRETE SPECIALIST, A.F.D.R. INVESTMENTS, ASSET USA, ELECTRICIAN, INC., LAS VEGAS ELECTRIC, JOHNNY THE PLUMBER, JONNY THE PLUMBER, NATIONWIDE HOME SOLUTIONS, INC., FUNCO LP and S. KOHNER ELECTRIC | : | CIVIL ACTION<br><br>No. 10-3062 |
| Defendants. | : | |

## ORDER

    **AND NOW**, this   4th   day of February, 2014, upon consideration of Defendant, Joseph White's ("White"), Motion to Set Aside Judgment (Doc. No. 30), the Response of Plaintiff, Yellow Book Sales and Distribution Company, Inc., and White's Reply thereto, it is hereby **ORDERED** that said Motion is **DENIED**.

                                                    BY THE COURT:


                                               /s/ Robert F. Kelly
                                              ROBERT F. KELLY
                                              SENIOR JUDGE